# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACY GREEN-TAYLOR,                          )<br>                                              )<br>          Plaintiff,                         )<br>                                              )<br>vs.                                           )<br>                                              )<br>HARRAH'S OPERATING COMPANY, INC.              )<br>WELFARE BENEFIT PLAN; THE PRUDENTIAL          )<br>INSURANCE COMPANY OF AMERICA,                 )<br>                                              )<br>          Defendants.                         )<br>_____ )   | Case No.  2:12-cv-00331-GMN-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed February 29, 2012.  Defendants filed their Answer (#16) on April 23, 2012.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 25, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of June, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge