1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                               **DISTRICT OF NEVADA**
7
8    TRACY GREEN-TAYLOR,                    )
                                            )
9              Plaintiff,                   )        Case No.  2:12-cv-00331-GMN-GWF
                                            )
10   vs.                                    )        <u>**ORDER**</u>
                                            )
11   HARRAH'S OPERATING COMPANY, INC.       )
     WELFARE BENEFIT PLAN; THE PRUDENTIAL   )
12   INSURANCE COMPANY OF AMERICA,          )
                                            )
13             Defendants.                  )
     ───────────────────────────────────── )
14
15          This matter is before the Court on the parties' failure to file a proposed Stipulated

16   Discovery Plan and Scheduling Order.  The Complaint (#1) in this matter was filed February 29,

17   2012.  Defendants filed their Answer (#16) on April 23, 2012.  Pursuant to LR 26-1, the parties

18   were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the

19   first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory

20   stipulated discovery plan and scheduling order.  To date, the parties have not complied.

21   Accordingly,

22          **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and

23   Scheduling Order not later than **June 25, 2012** in compliance with the provisions of LR 26-1 of the

24   Rules of Practice of the United States District Court for the District of Nevada.

25          DATED this 14th day of June, 2012.

26

27                                          _____
                                            GEORGE FOLEY, JR.
28                                          United States Magistrate Judge