UNITED STATES DISTRICT COURT FOR

DISTRICT OF NEVADA

| | |
|---|---|
| TRACY GREEN-TAYLOR, <br><br>Plaintiff, <br><br>v. <br><br>HARRAH'S OPERATING COMPANY, INC. WELFARE BENEFIT PLAN; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br>Defendants. | Case No.: 2:12-cv-00331-GMN-GWF <br><br>**ORDER DISMISSING CASE WITH PREJUDICE** <br><br><br><br>Complaint Filed: February 9, 2012 |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. The Court hereby ORDERS that this action be dismissed with prejudice, in its entity, pursuant to a joint stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED** this 3rd day of December, 2012.

_____
Gloria M. Navarro
United States District Judge